UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMERGENCY CARE SERVICES OF PENNSYLVANIA, P.C. and EMERGENCY PHYSICIAN ASSOCIATES OF PENNSYLVANIA, P.C., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| UNITEDHEALTH GROUP, INC., UNITEDHEALTHCARE SERVICES, INC., UNITEDHEALTHCARE, INC., UNITEDHEALTH NETWORKS, INC., UNITEDHEALTHCARE INSURANCE COMPANY, UNITEDHEALTHCARE OF NEW ENGLAND, INC., UNITEDHEALTHCARE OF PENNSYLVANIA, INC., and MULTIPLAN, INC., | : : : : : : : : : : | No. 5:20-cv-05094 |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 25th day of January, 2021, upon consideration of Plaintiffs' motion to remand this matter to the Court of Common Pleas of Philadelphia County, *see* ECF No. 20, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Plaintiffs' motion to remand, ECF No. 20, is **GRANTED**; this matter is hereby **REMANDED** to the Pennsylvania Court of Common Pleas, Philadelphia County.

2. Defendants' motions for judgment on the pleadings, ECF Nos. 33, 36, as well as the United Defendants' motion for fees and costs, ECF No. 35, are **DISMISSED as moot** in light of the absence of subject matter jurisdiction.

Case 5:20-cv-05094-JFL   Document 50   Filed 01/25/21   Page 2 of 2

3. This case is **CLOSED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge
